UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARTIN TEZAK, | No.  2:25-cv-3442 DJC AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| LEONARD JOSEPH LASCASSE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days.  ECF No. 30.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1.  The findings and recommendations filed April 20, 2026 are adopted in full; and

2.  The motions to dismiss at ECF Nos. 17, 19, and 23 are GRANTED, that this case is dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, and that this case is closed.

IT IS SO ORDERED.

Dated:   **May 21, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE