UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM MARTIN TEZAK,

Plaintiff,

v.

LEONARD JOSEPH LACASSE, et al.,

Defendants.

No. 2:25-cv-03442-DJC-AC

ORDER

Plaintiff has filed a Motion to Disqualify in which Plaintiff seeks disqualification and recusal of the undersigned and the assigned Magistrate Judge. (ECF No. 38.) While Plaintiff facially states that the motion is not brought because of adverse rulings, the entirety of Plaintiff's argument in support of his motion is predicated on the handling of his case and the judicial rulings entered by the undersigned and the assigned magistrate judge. Thus, Plaintiff has not presented a valid basis for recusal. *See Liteky v. United States*, 510 U.S. 540, 555 (1994); *see also U.S. v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 566 (9th Cir. 1995). Accordingly, Petitioner's Motion to Disqualify (ECF No. 38) is denied.

Petitioner has also filed a Motion to Vacate Judgment under Federal Rule of Civil Procedure 60(b)(4), arguing the judgment is void largely on the basis that the undersigned did not conduct a de novo review of the challenged portions of the

Findings and Recommendations. (ECF No. 39.) Plaintiff is incorrect; the Court considered, in full, Plaintiff's objections in deciding to adopt the Findings and Recommendations. Plaintiff's claims are barred under the *Rooker-Feldman* doctrine as Plaintiff asserts as injury legal error by the state court and seeks as a remedy relief from the state court judgment. *See Miroth v. County of Trinity*, 136 F.4th 1141 (9th Cir. 2025). As such, having considered Plaintiff's objections, the Court found dismissal nevertheless appropriate.

Accordingly, Petitioner's Motion to Disqualify (ECF No. 38) and Motion to Vacate (ECF No. 39) are DENIED.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE